UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARTHUR KAY,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 16-2399 AJW<br><br>**J U D G M E N T** |

**IT IS ADJUDGED** that defendant's decision is **affirmed.**

July 13, 2017

_____
ANDREW J. WISTRICH
United States Magistrate Judge